UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

SOUTHERN DIVISION

FILED
JUL 08 2015

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | | |
|---|---|---|
| JAMES IRVING DALE, | * | CIV. 14-4102 |
| Plaintiff, | * | |
| vs. | * | ORDER |
| CORY TYLER; ANDRA GATES; MICHAEL JOE HANVEY; MIKE DOYLEL; TAMMY DEJONG; KELLY TJEERDSMA; MICHAEL MEYER; REBECCA SCHIEFER; GEORGE DEGLMAN; UNKNOWN DEPARTMENT OF CORRECTIONS MEDICAL STAFF; UNKNOWN DEPARTMENT OF CORRECTIONS STAFF; and ROBERT DOOLEY; | * | |
| Defendants. | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Plaintiff James Irving Dale, an inmate at the Mike Durfee State Prison, has filed a civil rights lawsuit pursuant to 42 U.S.C. § 1983. The Magistrate Judge issued a Report and Recommendation recommending that the Defendants' Motion to Dismiss, Doc. 20, be granted as to (A) all of Dale's Due Process Claims; (B) all of the claims against Defendants Dooley, Deglman, and Schieffer; and (C) all official capacity claims for money damages against all named defendants. The Report and Recommendation further recommended the balance of the Defendants' Motion to Dismiss be denied without prejudice to their ability to re-assert these arguments in a properly supported motion for summary judgment. Plaintiff filed objections to the Report and Recommendation. After conducting an independent review of the record, the Court concludes that the Report and Recommendation is well reasoned and supported, and that the Objections to the Report and Recommendation are without

merit, and accordingly,

IT IS ORDERED:

1. That the Magistrate Judge's Report and Recommendation, Doc. 34, is ADOPTED and Plaintiff's Objections to the Report and Recommendation, Doc. 35, are DENIED.

2. That Defendants' Motion to Dismiss, Doc. 20, is granted as to:

    A. All of Dale's Due Process Claims;

    B. All of the Claims against Defendants Dooley, Deglman, and Schieffer; and

    C. All official capacity claims for money damages against all named Defendants.

3. That the balance of the Defendants' Motion to Dismiss is DENIED without prejudice to their ability to re-assert these arguments in a properly supported motion for summary judgment.

Dated this 8th day of July, 2015.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
By: _____
              Deputy